**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **CALIBRATE NETWORKS LLC,** | |
| **Plaintiff,** | **Civil Action No: 2:26-cv-00136-JRG** |
| **v.** | **PATENT CASE** |
| **SEPHORA S.A.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**DEFENDANT SEPHORA SAS'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Sephora SAS, incorrectly named Sephora S.A. in the Complaint, states that the parent corporation of Sephora SAS is LVMH Moet Hennessy Louis Vuitton SE, a publicly held company.

Dated: June 23, 2026

Respectfully submitted,

By: */s/ Lance E. Wyatt, Jr.*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt, Jr.
Texas Bar No. 24093397
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT SEPHORA SAS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 23, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Lance E. Wyatt, Jr.*
Lance E. Wyatt, Jr.